# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

Debtor: LISA ANN MCCONNELL
Case Number: 16-21401-GLT          Chapter: 13
Date / Time / Room: THURSDAY, JULY 12, 2018 02:00 PM   3251 US STEEL
Hearing Officer: CHAPTER 13 TRUSTEE

### Matter:

#4 - Continued Confirmation of Plan Dated 3/22/2016 (NFC)
R / M #:  4 / 0

### Appearances:

Debtor: Feldman
Trustee: Winnecour / Pail / (Katz) / DeSimone
Creditor:

### Proceedings:

Outcome:

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within ____ days their preference to Convert or Dismiss
6. ____ The plan payment/term is in_____ to _____, effective _____.
7. ✓ Plan/Motion continued to 9/13/18  2:00 pm
8. ____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ____ Contested Hearing: _____ at _____.
10. ____ Other:

*[Handwritten notes:]* Debtor denied social security. Debtor does not want to sale house.

*[Handwritten notes:]* Debtor wants to try & refi. Meanwhile, this is 5th Concil. Need final decision on strategy - by next conciliation.

7/5/2018    9:28:55AM